## People of State of Illinois, Defendant in Error, v. Lorenso Perez, Plaintiff in Error.

### Gen. No. 45,682.

Joseph B. Gilbert, for plaintiff in error; John S. Boyle, State's Attorney, for defendant in error; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, William J. McGah, Jr., and James Condon, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed January 18, 1952; released for publication January 30, 1952.